[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Ricky Franklin
(Please print)

STREET ADDRESS: 708 Brambling Way

CITY/STATE/ZIP: Stockbridge, GA 30281

PHONE NUMBER: 678-650-3733

CASE NUMBER: 1:16-cv-08612
Judge John Z. Lee
Magistrate Judge Maria Valdez

_____ 30 Aug 16
Signature                Date

### REQUEST TO RECEIVE NOTICE THROUGH E-MAIL

If you check the box below and provide an e-mail address in the space provided, you will receive notice via e-mail. By checking the box and providing an e-mail address, under Federal Rule of Civil Procedure 5(b)2(E) you are waiving your right to receive a paper copy of documents filed electronically in this case. You should not provide an e-mail address if you do not check it frequently.

[✓] I request to be sent notices from the court via e-mail. I understand that by making this request, I am waiving the right to receive a paper copy of any electronically filed document in this case. I understand that if my e-mail address changes I must promptly notify the Court in writing.

RRFRANK120@hotmail.com
E-Mail Address
(Please Print Clearly)

FILED
SEP - 1 2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Updated 03/26/14 [If you need additional space for ANY section, please attach an additional sheet and reference that section.]