IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RICKY R. FRANKLIN,<br><br>        Plaintiff,<br><br>  v.<br><br>DEPAUL UNIVERSITY,<br><br>        Defendant. | Case No. 1:16-cv-08612<br><br>Judge John Z. Lee |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Ricky R. Franklin ("Plaintiff") and Defendant DePaul University ("DePaul"), by and through its undersigned attorney, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), hereby stipulate to the voluntary dismissal with prejudice of Plaintiff's claims against DePaul.

Dated: August 24, 2017

| DePaul University, Defendant | Ricky R. Franklin, Plaintiff |
|---|---|
| By:   /s/ Jill B. Lubetsky<br>        One of Its Attorneys<br><br>Kerryann M. Haase<br>Christopher R. Parker<br>Jill B. Lubetsky<br>Michael Best & Friedrich LLP<br>444 W. Lake Street, Suite 3200<br>Chicago, Illinois 60606<br>Telephone:   312.222.0800<br>Facsimile:    312.222.0818 | By:   /s/ Ricky R. Franklin<br><br>Ricky R. Franklin<br>708 Brambling Way<br>Stockbridge, GA 30281 |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 24, 2017, I electronically filed the foregoing ***Stipulation of Dismissal with Prejudice*** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Ricky R. Franklin<br>
708 Brambling Way<br>
Stockbridge, GA 30281<br>
rrfrank12@hotmail.com

/s/ Jill B. Lubetsky
Attorney for Defendant, DePaul University
Michael Best & Friedrich LLP
444 W. Lake Street, Suite 3200
Chicago, Illinois 60606
Phone: (312) 222-0800
E-mail: jblubetsky@michaelbest.com